| | |
|---|---|
| **From:** | noreply@ains.com |
| **To:** | Bridget Noonan |
| **Subject:** | Status Update for Request #2020-00267-FOIA-OS |
| **Date:** | Wednesday, December 11, 2019 1:42:00 PM |

Dear Debra Parrish,

The status of your FOIA request #2020-00267-FOIA-OS has been updated to the following status 'In Process'. To log into the HHS FOIA Submission Site click on the Application URL below.

https://requests.publiclink.hhs.gov/palMain.aspx

Sincerely,
U.S. Department of Health & Human Services