IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEBRA M. PARRISH**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:20cv537 |
| | ) **Electronic Filing** |
| **U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**, | ) ) ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 22nd day of May, 2020, defendant having filed a Motion For Entry of Schedule For FOIA Processing and Amended Pleadings,

IT IS HEREBY ORDERED that plaintiff's response thereto shall be filed on or before **May 29, 2020**.

s/ DAVID STEWART CERCONE
David Stewart Cercone
Senior United States District Judge

cc: Debra M. Parrish, Esquire
788 Washington Road
Pittsburgh, PA 15228

Jacqueline C. Brown, Esquire

(*Via CM/ECF Electronic Mail and First Class Mail*)