# EXHIBIT A

# Bridget Noonan

| | |
|---|---|
| **From:** | Bridget Noonan |
| **Sent:** | Tuesday, November 26, 2019 11:07 AM |
| **To:** | 'FOIARequest@PSC.hhs.gov' |
| **Cc:** | Debbie Parrish |
| **Subject:** | OMHA/DAB FOIA Request; Our Ref. No. 19-19 |
| **Attachments:** | FOIA Request; Our Ref. No. 19-19.pdf |

Dear FOIA Officer:

Please find attached a request being made under the Freedom of Information Act, our ref. no. 19-19.

We attempted using the website to submit this request, but unfortunately, it was not operating properly – we apologize for emailing it.

If you have any questions, please do not hesitate to contact us.

Kind regards,
Bridget Noonan


Bridget Noonan
Associate
**NEW OFFICE ADDRESS**
Parrish Law Offices
788 Washington Road
Pittsburgh, PA 15228
Office: 412-561-6250
Fax: 412-561-6253
bridget@dparrishlaw.com


**CONFIDENTIALITY NOTE:** The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

# PARRISH LAW OFFICES

788 WASHINGTON ROAD  
PITTSBURGH, PENNSYLVANIA 15228-2021  
www.dparrishlaw.com

412.561.6250  
FAX 412.561.6253  
E-mail: info@dparrishlaw.com

November 26, 2019

### *VIA ELECTRONIC FILING*

Department of Health and Human Services (HHS)  
Freedom of Information Officer  
Hubert H. Humphrey Building, Rm. 729H  
200 Independence Ave., SW  
Washington, D.C. 20201

        RE:    **Freedom of Information Act Request**  
                  **Office of Medicare Hearings and Appeals**  
                  **Our Ref. No. 19-19**

Dear FOIA Officer:

This request is being made under the Freedom of Information Act.

With respect to an October and/or November training session for the administrative law judges and attorney advisors for the Office of Medicare Hearings and Appeals, conducted by Stanley I. Osborne, Jr., Administrative Law Judge, of the Departmental Appeals Board, please provide the following items:

1) A copy or any presentation that was handed out or displayed during the training session.
2) A copy of any audio or video recording of Mr. Osborne's training session.
3) A copy of any materials provided by Mr. Osborne as part of the training session.
4) A list of the attendees of the foregoing ALJ training conducted by Stanley Osborne, Jr.

I will pay for the cost of responding to this FOIA request, but please contact me for further authorization if the fees associated with responding to this request exceed $250. Please contact my office at (412) 561-6250 if you have any questions.

Yours very truly,

Debra M. Parrish