IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEBRA M. PARRISH**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:20cv537 |
| ) | **Electronic Filing** |
| **U.S. DEPARTMENT OF HEALTH** ) | |
| **AND HUMAN SERVICES,** ) | |
| ) | |
| Defendant. ) | |

## ORDER OF COURT

AND NOW, this 9th day of June, 2020,

IT IS HEREBY ORDERED as follows:

1. Plaintiff's Motion for Summary Judgment (**Document No. 15**) is **DENIED** without prejudice to file at the appropriate time in the litigation;

2. Defendant's Motion for Entry of Schedule for FOIA Processing and Amended Pleadings (**Document No. 10**) is **GRANTED**;

3. On or before **June 17, 2020**, Defendant shall produce to Plaintiff electronic or paper copies of the presentation and sign-in sheets requested, excluding any materials subject to exemption;

4. On or before **August 5, 2020**, Defendant shall produce to Plaintiff the video recording requested, excluding any materials subject to exemption. Defendant shall, within 7 days of its final release of documents, advise the Court that production of responsive information is complete;

5. Within 30 days of receipt of Defendant's final release of responsive documents, Plaintiff shall file either an Amended Complaint with respect to any part of the release she challenges, or in the alternative, advise the Court that she is satisfied with the production and

voluntarily withdraw this action. To the extent Plaintiff files an Amended Complaint, Defendant shall file a response within 45 days; and

      6.      Should the Plaintiff file an Amended Complaint, the Court will remind the parties of their obligations under Local Rule 16.1, Rule 26(f) of the Federal Rules of Civil Procedure, and the United States District Court's Alternative Dispute Resolution program.

                                        s/ DAVID STEWART CERCONE
                                        David Stewart Cercone
                                        Senior United States District Judge

cc:      Debra M. Parrish, Esquire
          Jacqueline C. Brown, Esquire

          (*Via CM/ECF Electronic Mail*)